### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00105-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALESHA LAPP,

    Defendant.

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about September 14, 2021, in the State and District of Colorado, the defendant, ALESHA LAPP, being a United States Postal Service employee, did knowingly embezzle a package addressed to L.J. in Erie, Colorado, which was an item of mail entrusted to ALESHA LAPP and came into her possession with the intention of being conveyed by mail and carried and delivered by any person employed in any department of the United States Postal Service, and did knowingly steal, abstract, and remove an article or thing contained therein, to wit, a medication bottle containing tablets.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:


Ink signature on file in Clerk's Office
FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/ Thomas Minser*
Thomas Minser
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0203
Fax:  303-454-0406
E-mail:  Thomas.Minser@usdoj.gov
Attorney for Government