| | |
|---|---|
| DEFENDANT: | ALESHA LAPP |
| YOB: | 1987 |
| COMPLAINT FILED? | _____ Yes     \_\_\_x\_\_\_\_ No |
| OFFENSE(S): | Count 1:  18 USC § 1709 – Theft of Mail by a Postal Employee |
| LOCATION OF OFFENSE: | Weld County, Colorado |
| PENALTY: | Count 1:  NMT 5 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release and a $100 special assessment. |
| AGENT: | Misti Drager, US Postal Service, OIG |
| AUTHORIZED BY: | Thomas Minser, AUSA |

ESTIMATED TIME OF TRIAL:

 X  five days or less          \_\_\_\_ over five days

THE GOVERNMENT

  X   will not seek detention

The statutory presumption of detention *is not* applicable to this defendant.

1