IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    22-cr-00105-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALESHA LAPP,

        Defendant.
_____

## NOTICE OF DISPOSITION
_____

        Defendant, Alesha Lapp, by and through counsel, Jennifer Beck, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in his case with the government.  The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

        Respectfully submitted this 12th day of September, 2022.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Jennifer Beck
        JENNIFER BECK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        jennifer_beck@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Thomas Minser, Assistant United States Attorney
Email: Thomas.Minser@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Alesha Lapp (Via U.S. Mail)

s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
jennifer_beck@fd.org
Attorney for Defendant

2