IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:22-cr-00105-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  ALESHA LAPP,

    Defendant.

_____

# MOTION TO WITHDRAW
_____

The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Albert Buchman, Assistant United States Attorney, hereby files its Motion to Withdraw Albert Buchman as counsel of record and requests termination of electronic service in the above-captioned case.

As grounds for this motion, the government states that Thomas Minser is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

Dated this 13th day of December, 2022.

Respectfully submitted,

Cole Finegan
United States Attorney

By: *s/ Albert Buchman*
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Al.Buchman@usdoj.gov
Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office