IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:22-cr-00105-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALESHA LAPP,

    Defendant.

## THE GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION FOR SENTENCE OF 24 MONTHS PROBATION [ECF 28]

The United States of America, by and through the undersigned Assistant United States Attorney, responds to the defendant's motion for a sentence of 24 months of probation [ECF 28]. The government agrees with the defendant's request, which is also the recommended sentence by the probation department.

The defendant pled guilty to Count 1 of the Indictment, charging Theft of Mail by a Postal Employee, in violation of Title 18, United States Code, Section 1709. The conviction is a result of the defendant stealing pills she believed to be Oxycodone from mail she was responsible for delivering. ECF 31 ¶¶ 8-13.  Although the offense is serious, it will also be the first criminal conviction for the defendant, and she has taken steps to address the underlying issues that were the cause of her conduct while on pretrial release. *Id*. ¶¶ 55-59, 62. Accordingly, in addition to the reasons stated in the presentence investigation report [ECF 31-1], the government believes a sentence of 24 months of probation, a downward variance from what

it believes is the applicable guideline range, is a disposition "sufficient but not greater than necessary" to satisfy the objectives in Title18, United States Code, Section 3553(a).

Dated:   January 9, 2023

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:   /s/ *Thomas Minser*
THOMAS MINSER
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0203
Fax:  (303) 454-0405
E-mail: Thomas.Minser@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2023, I electronically filed the foregoing **THE GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION FOR SENTENCE OF 24 MONTHS PROBATION [ECF 28]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Deana Ambrosen*
Legal Assistant
United States Attorney's Office