### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 22-cr-00105-DDD | Date:  January 24, 2023 |
| Courtroom Deputy:  Robert R. Keech | Court Reporter: Julie Thomas |
| Probation Officer:    Mallory Coleman | Interpreter: N/A |

*Parties:*                                                                   *Counsel:*

UNITED STATES OF AMERICA,                          Thomas J. Minser

   Plaintiff,

v.

1. ALESHA LAPP,                                                        Jennifer L. Beck

   Defendant.

---

## COURTROOM MINUTES

### SENTENCING HEARING

**9:33 a.m.**     **Court in session**. Defendant present, on bond.

> **Change of Plea Hearing on October 11, 2022.**
> **Defendant entered a guilty plea to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. Statements made by counsel for Government, counsel for Defendant, and Defendant on her own behalf.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.

**ORDERED:**  [28] Defendant's Motion is **GRANTED.**

**ORDERED:**  Defendant is sentenced to probation for a term of **24 months.** $100.00 special assessment to be paid immediately.

Conditions and special conditions of probation as set forth on the record.

Defendant advised of right to appeal.

**ORDERED:**  Bond is **EXONERATED.**

**9:56 a.m.**     **Court in recess. <u>Hearing concluded. Total time:   :23</u>**